1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    EUGENE RED PROTSMAN,                        No.  2:21-cv-1034 CKD P

12              Plaintiff,

13        v.                                       ORDER

14    E. SMITH, et al.,

15              Defendants.

16

17        Plaintiff has filed a motion for extension of time to file an amended complaint.  Good

18    cause appearing, IT IS HEREBY ORDERED that:

19        1.  Plaintiff's motion for an extension of time (ECF No. 9) is granted; and

20        2.  Plaintiff is granted until September 15, 2021 to file an amended complaint.  Failure to

21    file an amended complaint by that date will result in a recommendation that this action be

22    dismissed.

23    Dated:  August 12, 2021

24                                                 _____
                                                   CAROLYN K. DELANEY
25                                                 UNITED STATES MAGISTRATE JUDGE

26    1/mp
      prot1034.36
27

28