IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **EUGENE RED PROTSMAN,** <br><br> Plaintiff, <br><br> v. <br><br> **E. SMITH, et al.,** <br><br> Defendants. | 2:21-cv-01034-WBS-CKD (PC) <br><br> **ORDER** <br><br><br> Judge: The Hon. Carolyn K. Delaney <br> Trial Date: Not Set <br> Action Filed: January 24, 2022 |

**GOOD CAUSE APPEARING,** Defendants' motion for an extension of time to schedule a settlement conference and to file a motion to opt out of the Post-Screening ADR Project is granted. The deadline to contact the Courtroom Deputy to schedule a settlement conference is extended to August 3, 2022, and the deadline to file a motion to opt out of the Post-Screening ADR Project is extended to September 6, 2022.

Dated: June 3, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE