IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EUGENE RED PROTSMAN,** | Case No. 2:21-cv-01034-WBS-CKD |
| Plaintiff, | **ORDER** |
| v. | |
| **E. SMITH, et al.,** | |
| Defendants. | |

Defendants Smith, Rai, and De Sha request a sixty-day continuance of the September 14, 2022 settlement conference and an extension of the early ADR stay to provide additional time to investigate the allegations in Plaintiff's operative complaint; to discuss this case and settlement with the California Department of Corrections and Rehabilitation; and to meet and confer with Plaintiff regarding settlement.

Having shown good cause, the settlement conference is continued and the early ADR stay is extended until after the settlement conference has been conducted. If the case does not settle, the Court will lift the stay and set a responsive pleading deadline.

/////

/////

[Proposed] Order (2:21-cv-01034-WBS-CKD)

Within fourteen days of this order, defense counsel shall contact the Courtroom Deputy, Lisa Kennison, at (916) 930-4004, to reschedule the settlement conference.

IT IS SO ORDERED

Dated: August 17, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE